# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases (To be completed by appellant)*

1. **CASE NO.** 23-5283
2. **DATE DOCKETED:** Nov. 29, 2023
3. **CASE NAME** (lead parties only) In re: Navy Chaplaincy v.
4. **TYPE OF CASE:** ☒ District Ct - ☐ US Civil ◉ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. **IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?** ☐ Yes ◉ No
   If YES, cite statute _____
6. **CASE INFORMATION:**
   a. District Court Docket No. Civil Action 07-mc-269 / Bankruptcy Court Docket No. / Tax Court Docket No.
   b. Review is sought of: ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed: Judge Jolhn d. Bates / Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 08/23/23   e. Date notice of appeal filed: 11/22/2023
   f. Has any other notice of appeal been filed in this case? ◉ Yes ☐ No   If YES, date filed: See addendum
   g. Are any motions currently pending in trial court? ☐ Yes ◉ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ◉ No
      If NO, why not? No hearing
   i. Has this case been before the Court under another appeal number? ◉ Yes Appeal # See Addendum ☐ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ☐ No
      If YES, give popular name and citation of statute 18 U.S.C. § 2401(a)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◉ Yes ☐ No   If so, provide program name and participation dates
   Court initiated 10/18/2019, no mediation in this aspect of the case

Signature /s/ Arthur A. Schulcz, Sr.   Date 01/02/2023
Name of Party Thomas Doney as representative for Patrick Doney, et al.
Name of Counsel for Appellant/Petitioner Arthur A. Schulcz, Sr.
Address 2w1043 Honeycreeper Place, Leesburg, VA
Phone ( 703 ) 645-4010   Fax ( 703 ) 645-4011

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)